# EXHIBIT 2



# Notice of Service of Process

TMM / ALL
Transmittal Number: 17070477
Date Processed: 08/28/2017

| | |
|---|---|
| Primary Contact: | Donna Vienneau<br>Franchise World Headquarters, LLC<br>Int'l Legal Dept<br>325 Sub Way<br>Milford, CT 06461 |
| Electronic copy provided to: | Debbie Mead<br>Bethany Appleby<br>Keith Brough<br>Donna Travis |
| Entity: | Doctor's Associates Inc.<br>Entity ID Number 1570141 |
| Entity Served: | Doctor's Associates Inc. |
| Title of Action: | Charles Drake vs. Doctor's Associates, Inc |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Class Action |
| Court/Agency: | Cook County Circuit Court, Illinois |
| Case/Reference No: | 2017CH11351 |
| Jurisdiction Served: | Florida |
| Date Served on TCC: | 08/25/2017 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Thomas A. Zimmerman<br>312-440-0020 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to The Company Corporation
251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

| 2120 - Served | 2121 - Served |
| --- | --- |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| Summons - Alias Summons | |

SERVED THIS 25 DAY OF Aug
20 17 AT ____ A.M. 7:30 P.M.
WALT McNEIL, SHERIFF OF LEON COUNTY, FL
BY _____

(2-121-75) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

CHARLES DRAKE and MARIO ALIANO, individually, and on behalf of all others similarly situated

(Name all parties)

v.

DOCTOR'S ASSOCIATES, INC., a Florida corporation

2017CH11351
CALENDAR/ROOM 14
TIME 00:00
Class Action

No. _____

SEAL
A TRUE COPY

☑ SUMMONS ☐ ALIAS SUMMONS
SHERIFF, LEON COUNTY, FLORIDA

Please serve:
Doctor's Associates Inc
c/o Registered Agent
Corporation Service Company
1201 Hays Street
Tallahasee, FL 32301

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room ____802____, Chicago, Illinois 60602
☐ District 2 - Skokie            ☐ District 3 - Rolling Meadows     ☐ District 4 - Maywood
   5600 Old Orchard Rd.             2121 Euclid                         1500 Maybrook Dr.
   Skokie, IL 60077                 Rolling Meadows, IL 60008           Maywood, IL 60153
☐ District 5 - Bridgeview        ☐ District 6 - Markham 16501       ☐ Child Support: 50 W.
   10220 S. 76th Ave.               S. Kedzie Pkwy. Markham,            Washington, LL-01,
   Bridgeview, IL 60455             IL 60428                            Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☑ Atty. No.: 34418
Name: Zimmerman Law Offices, P.C.
Atty. for: Plaintiffs Charles Drake and Mario Aliano
Address: 77 West Washington Street, Suite 1220
City/State/Zip Code: Chicago, Illinois 60602
Telephone: (312) 440-0020
Primary Email: tom@attorneyzim.com
Secondary Email: nick@attorneyzim.com
Tertiary Email: firm@attorneyzim.com

Witness: **DOROTHY BROWN**   AUG 1 8 2017

DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:

_____
(Area Code)  (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Page 1 of 1