**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHARLES DRAKE and MARIO ALIANO, individually and on behalf of themselves and all others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>DOCTOR'S ASSOCIATES, INC., )<br><br>Defendant. ) | Case No. 1:17-cv-06850<br><br>Hon. Judge<br><br>Hon. Magistrate Judge |

**MOTION TO DISMISS PLAINTIFFS' COMPLAINT
FOR LACK OF PERSONAL JURISDICTION**

Doctor's Associates, Inc., by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 12(b)(2), hereby moves the Court to dismiss the Complaint filed by Plaintiffs Charles Drake and Mario Aliano for lack of personal jurisdiction. The grounds for this Motion are set forth in Doctor's Associates' Memorandum of Law in Support of its Motion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction (the "Memorandum"), filed contemporaneously herewith.

WHEREFORE, for the reasons set forth in its Memorandum, Doctor's Associates, Inc. respectfully requests this Court to enter an order: (i) dismissing Plaintiffs' Complaint in its entirety for lack of personal jurisdiction; and (ii) awarding all such other relief as deemed equitable and just.

DATED:  September 22, 2017

**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF** LLP


By: /s/  David S. Almeida

David S. Almeida, Esq.
dalmeida@beneschlaw.com
Courtney C. Booth, Esq.
cbooth@beneschlaw.com
Mark S. Eisen, Esq.
meisen@beneschlaw.com
**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF** LLP
333 West Wacker Drive, Suite 1900
Chicago, Illinois  60606
Telephone:  (312) 212-4949
Facsimile:  (312) 767-9192

*Counsel for Doctor's Associates, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing **MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF PERSONAL JURISDICTION** was served upon all interested parties using this Court's ECF filing system this 22nd day of September, 2017.

/s/ David S. Almeida