**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHARLES DRAKE and MARIO ALIANO, individually and on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>DOCTOR'S ASSOCIATES, INC.,<br><br>        Defendant. | Case No. 1:17-cv-06850<br><br>Hon. Judge Matthew F. Kennelly<br><br>Hon. Magistrate Judge Young B. Kim |

**NOTICE OF MOTION**

    PLEASE TAKE NOTICE that on Thursday, September 28, 2017, at 9:30 a.m., the undersigned will appear before the Honorable Judge Matthew F. Kennelly or any judge sitting in his stead in Courtroom 2103 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, Illinois, and then and there present Doctor's Associates, Inc.'s Motion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction.

| | |
|---|---|
| DATED:  September 22, 2017 | **BENESCH, FRIEDLANDER,**<br>**COPLAN & ARONOFF LLP**<br><br>By:  /s/  David S. Almeida<br><br>David S. Almeida, Esq.<br>dalmeida@beneschlaw.com<br>Courtney C. Booth, Esq.<br>cbooth@beneschlaw.com<br>Mark S. Eisen, Esq.<br>meisen@beneschlaw.com<br>**BENESCH, FRIEDLANDER,**<br>**COPLAN & ARONOFF LLP**<br>333 West Wacker Drive, Suite 1900<br>Chicago, Illinois  60606<br>Telephone:  (312) 212-4949<br>Facsimile:  (312) 767-9192<br><br>*Counsel for Doctor's Associates, Inc.* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing **NOTICE OF MOTION** was served upon all interested parties using this Court's ECF filing system this 22nd day of September, 2017.

/s/ David S. Almeida